# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| ROCHELLE ROWANE BORDEAUX #2289069 | PLAINTIFF |
| v.    No. 4:25-cv-326-DPM | |
| STATE OF SOUTH DAKOTA and DOES, Officers, Judges, Minnehaha* County; Officers, Pennington Co. Jail | DEFENDANTS |
| LACHARA MARIE BORDEAUX | PLAINTIFF |
| v.    No. 4:25-cv-327-DPM | |
| STATE OF SOUTH DAKOTA and DOES, Officers, Judges, Minnehaha County; Officers, Pennington Co. Jail | DEFENDANTS |
| RYLEY WARREN BORDEAUX | PLAINTIFF |
| v.    No. 4:25-cv-328-DPM | |
| STATE OF SOUTH DAKOTA and DOES, Officers, Judges, Minnehaha County; Officers, Pennington Co. Jail | DEFENDANTS |

---

*The Court directs the Clerk to update the dockets with the correct spelling of the county name.

## ORDER

The plaintiffs submitted these 42 U.S.C. § 1983 cases for filing in this district. From the facts alleged and the Defendants named, venue properly lies in the United States District Court for the District of South Dakota. 28 U.S.C. § 1391(b). The Court finds that the interests of justice would be best served by transferring the cases. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the entire case files to the United States District Court for the District of South Dakota. The transfer is immediate because the receiving Court is also in the Eighth Circuit. *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2025